Ogonna M. Brown, Esq.
Nevada Bar No. 7589
Zaydee R. Stemmons, Esq.
Nevada Bar No. 16991
**WOMBLE BOND DICKINSON (US) LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
Ogonna.Brown@wbd-us.com
Zaydee.Stemmons@wbd-us.com

*Attorneys for Defendant Arie Fisher*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS HUERTA, an individual, and JACOB FEINGOLD, an individual,<br><br>Plaintiffs<br><br>v.<br><br>ARIE FISHER, an individual, and DOES 1 - 10,<br><br>Defendant | Case No.: 2:25-cv-00416-CDS-NJK<br><br>**JOINT STIPULATION AND ORDER TO REMAND ACTION TO STATE COURT**<br><br>[ECF No. 7] |

The Parties, Plaintiffs Carlos Huerta and Jacob Feingold ("Plaintiffs") and Defendant Arie Fisher ("Defendant"), by and through undersigned counsel, hereby stipulate and jointly move to remand the above-captioned action to the Second Judicial District Court of the State of Nevada in and for the County of Washoe. In support of this Stipulation, the Parties state as follows:

1. Plaintiffs commenced this action, styled *Huerta, et al. v. Arie Fisher*, Case No. CV24-02390, in the Second Judicial District Court of the State of Nevada in and for the County of Washoe on October 18, 2024.

2. Defendant removed the action from the Second Judicial District Court to the United States District Court of Nevada on March 6, 2025.

3. The Parties stipulate to remand this matter.

127771068.1

4. Defendant shall have two (2) business days after the remand of the matter to file a responsive pleading.

DATED this 20th day of March, 2025.

| VILORIA, OLIPHANT, OSTER & AMAN LLP | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| /s/ *Nathan J. Aman* <br> Nathan J. Aman, Esq. <br> Nevada Bar No. 8354 <br> Annaleise C. Gabica <br> Nevada Bar No. 16862 <br> 327 California Ave. <br> Reno, Nevada 89509 | /s/ *Ogonna M. Brown* <br> Ogonna M. Brown, Esq. <br> Nevada Bar No. 7589 <br> Zaydee R Stemmons, Esq. <br> Nevada Bar No. 16991 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, NV 89169 |
| *Attorney for Plaintiffs Carlos Huerta and Jacob Feingold* | *Attorneys for Defendant Arie Fisher* |

**ORDER**

It is ordered that the parties' stipulation to remand [ECF No. 7] is approved. In light of the stipulation of the parties, the order to show cause [ECF No. 6] is discharged.

The Clerk of Court is kindly instructed to remand this matter to the Second Judicial District Court, Case No. CV24-02390, Department 9, and to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 21, 2025

127771068.1